```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                          Criminal No. 07-cr-245-01-JD

<u>Nicole Clock Hanlon</u>


<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.


                                                   <u>/s/Joseph A. DiClerico, Jr.</u>
                                                   Joseph A. DiClerico, Jr.
                                                   United States District Judge

Date: May 12, 2008



cc:   Jessica Brown, Esq.
      Jennifer Davis, Esq.
      U.S. Marshal
      U.S. Probation